| Case | Docket | Date | Judge | Disposition |
|---|---|---|---|---|
| Christlieb v. State .............. | 48A04–1604–CR–930 | 12/05/2016 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Shaw v. State ................. | 48A02–1512–CR–2051 | 12/05/2016 | ROBB, J.<br>MATHIAS, J.<br>BROWN, J. | Dismissed<br>Concurs<br>Concurs |
| Thompson v. State ............. | 49A02–1602–CR–400 | 12/05/2016 | FRIEDLANDER, Sr.J.<br>VAIDIK, C.J.<br>MATHIAS, J. | Affirmed<br><br>Concurs<br>Concurs |
| K.S., In re .................... | 09A04–1604–JC–872 | 12/05/2016 | ROBB, J.<br><br>MATHIAS, J.<br>BROWN, J. | Reversed and Remanded<br>Concurs<br>Concurs |
| Sweeney v. Long ............... | 49A05–1602–CT–425 | 12/06/2016 | FRIEDLANDER, Sr.J. | We grant the rehearing for the limited purpose of clarifying the original decision in this matter, but otherwise reaffirm the |